**UNITED STATES of America,**
**Plaintiff-Appellee**

v.

**Marlon Adalid CANALES-ALMEN-DARES, also known as Carlos Ramirez Vasquez, also known as Marlon Adalid Canales-Almedares, also known as Carlos Abila Almembares, also known as Carlos Abila-Almenvares, also known as Carlos Ramirez-Vasquez, also known as Carlos Pena, also known as Marlo Canales, also known as Marlon Adalid Canales Almendares, Defendant-Appellant**

No. 16-20188
Conference Calendar

United States Court of Appeals,
Fifth Circuit.

Filed February 21, 2017

Carmen Castillo Mitchell, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff-Appellee

Marlon Adalid Canales-Almendares, Pro Se

Before JOLLY, PRADO, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Marlon Adalid Canales-Almendares has moved for leave to withdraw and has filed a brief in accordance with

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

*Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Canales-Almendares has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.